# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

HIGH WIRE ENTERPRISES, LLC d/b/a HIGH WIRE PAYMENTS, a Delaware Limited Liability Company,

        Plaintiff/Counterclaim Defendant,

    v.

SAGE TECHNOLOGY SERVICES, LLC d/b/a SIMPLY PAYMENTS GROUP, a Wyoming Limited Liability Company,

        Defendant/Counterclaim Plaintiff.

CASE NO.  2:25-cv-07839-MEMF-BFM

**STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED:  __MAY 20__ , 2026



_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE